# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMALIA MADERA,

                            Plaintiff,                    19 **CIVIL** 649 (KMK) (AEK)

                              -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 1, 2021, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign Plaintiff's case to a different Administrative Law Judge to evaluate Plaintiff's claims further, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
          June 1, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                              **BY:**

                                                          **Deputy Clerk**